WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
VALLEY HEALTH SYSTEM, LLC d/b/a SUMMERLIN
MEDICAL CENTER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANORUO,<br><br>    Plaintiff,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC d/b/a SUMMERLIN HOSPITAL AND MEDICAL CENTER,<br><br>    Defendants. | Case No. 2:18-cv-00105-MMD-NJK<br><br>**DEFENDANT'S MOTION TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(FIRST REQUEST)** |

Defendant VALLEY HEALTH SYSTEM, LLC d/b/a SUMMERLIN HOSPITAL AND MEDICAL CENTER ("Summerlin Hospital" or "Defendant")[1], by and through its attorneys of record, Littler Mendelson, P.C., hereby requests that Magistrate Judge Peggy A. Leen reschedule the Early Neutral Evaluation Session ("ENE") currently set for 9:30 a.m. on March 28, 2018 (**ECF No. 8**) due to Defendant's unavailability on that date as defense counsel both have pre-existing commitments out of the office that week. Defendant requests that the Court reschedule the ENE for the next available time with the exception of Defendant's conflicts on March 26-30 and April 24-27.

The undersigned counsel attempted to confer with Plaintiff regarding this request on January

---

[1] Valley Health System, LLC is incorrectly named in this lawsuit as it did not employ Plaintiff; Summerlin Hospital Medical Center, LLC is the correct entity.

31, 2018.  No response was received.  This is the first request by Defendant to reschedule the ENE and such request is not sought for any improper purpose or other reason of delay.

Dated:  February 2, 2018.

Respectfully submitted,

*/s/ Kaitlyn M. Burke, Esq.*
WENDY MEDURA KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.
Littler Mendelson, P.C.

Attorneys for Defendant
VALLEY HEALTH SYSTEM, LLC d/b/a
SUMMERLIN HOSPITAL AND MEDICAL CENTER

The plaintiff having not opposed the defendant's request to continue the ENE,

**IT IS ORDERED** that the ENE Conference currently scheduled for March 28, 2018, at 9:30 a.m., is VACATED and CONTINUED to Thursday, April 5, 2018, at 1:30 p.m., in Chambers Room 3071.  Confidential ENE statements shall be due to Chambers no later than 4:00 p.m., March 29, 2018.  All other instructions within the original Order Scheduling Early Neutral Evaluation Session (ECF No. 8) shall remain in effect.

Dated: February 21, 2018

Peggy A. Leen
United States Magistrate Judge

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169-5937. On February 2, 2018, I served the within document(s):

**DEFENDANT'S MOTION TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION**

- [x] By **United States Mail** – a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Las Vegas, Nevada addressed as set forth below.

- [x] By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Dr. Joseph Anoruo
6322 Isabel Cove Avenue
Las Vegas, NV 89139

*Pro Se Plaintiff*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 2, 2018, at Las Vegas, Nevada.

*/s/ Erin J. Melwak*
Erin Melwak

Firmwide:152601034.1 069080.1107

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800