# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANORUO, <br><br> Plaintiff, <br><br> vs. <br><br> VALLEY HEALTH SYSTEM, LLC <br><br> Defendant. | Case No. 2:18-cv-00105-MMD-NJK <br><br> **ORDER DENYING MOTION FOR LEAVE TO FILE** <br><br> (Docket No. 25) |

Pending before the Court is Defendant's motion for leave to file a response to Plaintiff's motion for protective order. Docket No. 25. Defendant submits that it believes Plaintiff will file his motion for protective order on an *ex parte* basis, and asks the Court to unseal the motion and allow it to respond. *See id*. Plaintiff's motion for protective order, however, was filed on the public docket. See Docket No. 26.

Accordingly, Defendant's motion for leave to file, Docket No. 25, is **DENIED** as moot. Defendant shall respond to Plaintiff's motion in compliance with the schedule the Court set for discovery motions in Docket No. 21.

IT IS SO ORDERED

Dated: March 14, 2018.

                                                                                    _____
NANCY J. KOPPE
United States Magistrate Judge