# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANORUO, | Case No.: 2:18-cv-00105-MMD-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket Nos. 43, 44) |
| VALLEY HEALTH SYSTEM, LLC, | |
| Defendant(s). | |

Pending before the Court are Defendant Valley Health System, LLC's response to Plaintiff's motion to stay discovery and counter motion for sanctions. Docket Nos. 43, 44. A response to Defendant's counter motion for sanctions shall be filed no later than July 9, 2018. Any reply to Defendant's response to Plaintiff's motion to stay discovery shall be filed no later than July 9, 2018.

IT IS SO ORDERED.

Dated: June 27, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge