# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANORUO, ) | |
| ) | Case No. 2:18-cv-00105-MMD-NJK |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| VALLEY HEALTH SYSTEM, LLC, ) | |
| ) | |
| Defendant. ) | |

On July 10, 2018, Plaintiff Joseph Anoruo filed a renewed motion to stay discovery. Docket No. 47. In the motion, Plaintiff refers to a meeting he had with his bankruptcy attorney, as well as a bankruptcy court proceeding. *Id*. at 2. No notice of bankruptcy has been filed on the record. *See* Docket.

Accordingly, no later than July 18, 2018, Plaintiff shall file a notice alerting the Court as to whether he is a currently debtor in a bankruptcy case. If he is currently a debtor in a bankruptcy case, Plaintiff shall include in his notice all relevant information about the case, including but not limited to the chapter under which he filed, the case number, and the current status of that case.

IT IS SO ORDERED.

DATED: July 11, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE