UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSEPH ANORUO,

    Plaintiff(s),

v.

VALLEY HEALTH SYSTEM, LLC,

    Defendant(s).

Case No.: 2:18-cv-00105-MMD-NJK

**Order**

(Docket No. 53)

Before the Court is Plaintiff's notice of bankruptcy. Docket No. 53. Plaintiff submits that he filed his bankruptcy petition on March 23, 2018, in the United States Bankruptcy Court for the District of Nevada (case number 18-11547-LEB). *Id.*

The Court **ORDERS** the parties to submit supplemental briefing discussing whether the instant case should be stayed pursuant to 11 U.S.C. § 362, no later than August 10, 2018. The Court **FURTHER ORDERS** Plaintiff to include in his briefing whether the bankruptcy court has granted leave for the instant case to proceed during the pendency of his bankruptcy case.

//
//
//
//
//

The Court **FURTHER ORDERS** Plaintiff to identify the bankruptcy estate's trustee in his supplemental briefing and include a declaration from the trustee indicating his or her position as to whether the instant case may proceed.

IT IS SO ORDERED.

Dated: July 30, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge