# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH ANORUO,

    Plaintiff(s),

v.

VALLEY HEALTH SYSTEM, LLC,

    Defendant(s).

Case No.: 2:18-cv-00105-MMD-NJK

**Order**

(Docket No. 62)

Pending before the Court is Plaintiff's motion to set aside the Court's order at Docket No. 60 or, alternatively, an extension to file his supplemental briefing. Docket No. 62.

The Court **GRANTS** in part and **DENIES** in part Plaintiff's motion. Docket No. 62. The Court **DENIES** Plaintiff's request for the Court to set aside the order at Docket No. 60. The Court **GRANTS** Plaintiff's request to extend time to file his supplemental briefing. The Court **ORDERS** Plaintiff to file his supplemental briefing in accordance with the Court's order at Docket No. 60, no later than August 24, 2018. The Court is not inclined to grant any further extensions to this deadline.

IT IS SO ORDERED.

Dated: August 14, 2018

                                              NANCY J. KOPPE
                                              United States Magistrate Judge

1