# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANORUO, | Case No. 2:18-cv-00105-MMD-NJK |
| Plaintiff, | ORDER |
| vs. | |
| VALLEY HEALTH SYSTEM, LLC, | |
| Defendant. | |

On July 30, 2018, the Court ordered Plaintiff to submit supplemental briefing no later than August 10, 2018, in light of his bankruptcy case (18-11547-LEB), discussing whether the instant case should be stayed pursuant to 11 U.S.C. § 362. Docket No. 60 at 1. The Court further ordered Plaintiff to include in his briefing whether the bankruptcy court has granted leave for the instant case to proceed during the pendency of his bankruptcy case. *Id*. Finally, the Court ordered Plaintiff to identify the bankruptcy trustee in his supplemental briefing and to include a declaration indicating her position as to whether the instant case may proceed. *Id*. at 2.

On August 10, 2018, rather than comply with the Court's order, Plaintiff filed a motion to set aside the order or, alternatively, to allow him until September 10, 2018, to respond. Docket No. 62. The Court denied Plaintiff's request to set aside its order at Docket No. 60, but allowed him until August 24, 2018, to fully comply. Docket No. 63. Plaintiff has filed a briefing that fails to comply with the Court's order. Docket No. 65.

. . . .

Accordingly, the Court INSTRUCTS the Clerk's Office to serve a copy of this order, as well as the Court's orders at Docket Nos. 60 and 63 in the instant case, upon Plaintiff's bankruptcy attorney and the Chapter 13 Bankruptcy Trustee, so that they may comply with the Court's orders, no later than August 30, 2018.

Plaintiff's bankruptcy attorney is David M. Crosby, and his e-mail address for service is info@crosby.lvcoxmail.com. The Chapter 13 Bankruptcy Trustee is Kathleen A. Leavitt, and her e-mail address for service is KAL13mail@las13.com.

IT IS SO ORDERED.

DATED: August 24, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE