# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANORUO, | Case No.: 2:18-cv-00105-MMD-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 67) |
| VALLEY HEALTH SYSTEM, LLC, | |
| Defendant(s). | |

On August 24, 2018, the Court ordered Plaintiff's bankruptcy counsel and Chapter 13 bankruptcy trustee to respond to the Court's orders at Docket Nos. 60 and 63, no later than August 30, 2018. Docket No. 66. Plaintiff's bankruptcy counsel filed a response to the Court's order at Docket No. 66. Docket No. 67. The Chapter 13 bankruptcy trustee did not file a response. *See* Docket. Plaintiff's bankruptcy counsel, Troy Fox, represents that the automatic stay, pursuant to 11 U.S.C. § 362, does not apply to the instant case. Docket No. 67 at 2.

Accordingly, the case proceeds on the normal litigation track.

IT IS SO ORDERED.

Dated: August 31, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge