# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANORUO,<br>    Plaintiff(s),<br>v.<br>VALLEY HEALTH SYTEMS, LLC,<br>    Defendant(s). | Case No.: 2:18-cv-00105-MMD-NJK<br>**Order**<br>[Docket No. 40] |

Pending before the Court is Defendant's motion to compel discovery. Docket No. 40. Any response opposing the motion was due by June 8, 2018. *See* Docket No. 41; *see also* Docket No. 19. No such response has been filed to date. *See* Docket. Accordingly, the Court finds the motion to compel to be unopposed and hereby **GRANTS** it. *See* Local Rule 7-2(d). Plaintiff is ordered to provide responses to the outstanding discovery requests identified in the motion to compel within 14 days hereof. The Court further **GRANTS** Defendant's request for reasonable attorney's fees. *See* Fed. R. Civ. P. 37(a)(5)(A). No later than September 17, 2018, Defendant shall submit a declaration outlining the fees incurred in bringing its motion to compel.

IT IS SO ORDERED.

Dated: September 11, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1